✓#116  #127900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Western DIVISION

FILED
2009 SEP 14 PM 3: 16
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| | |
|---|---|
| In the matter of:<br><br>HOOKER, LEROY LYNN<br>HOOKER, SHARESE EDRA<br><br>SHINE, SHARESE EDRA<br>Debtors. | Case No. 08-33784<br><br>Chapter 7<br><br>Judge RICHARD L. SPEER<br><br>DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 116 in the amount of $3.01.

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| Robert L Kalb MD Inc<br>3900 Sunforest Court, Ste 119<br>Toledo, OH 43623 | 52.38 |

/s/ BRUCE COMLY FRENCH
BRUCE COMLY FRENCH, Trustee
Reg. No. 0005298
PO BOX 839
LIMA, OH  45802-0839
Telephone: (419) 222-9134
Facsimile:  (419) 222-9437